164 A.3d 390

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. IGNAT SAFAROV, DEFENDANT-PETITIONER.

March 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003930–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

164 A.3d 390

HENRY H. THOMAS, JR., PLAINTIFF–PETITIONER, v. PRINCETON UNIVERSITY, ANNE ST. MAURO, AND MARK BURSTEIN, DEFENDANTS–RESPONDENTS.

March 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000680–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.